**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

**CRIMINAL CASE COVER SHEET**

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**
☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: George Ralph Pollock

Alias Name:

Birth Date: 05-10-1941

**Related Case Information**

Superseding Indictment?  ☐ Yes  ■ No   If yes, original case number:
New Defendant(s)?  ☐ Yes  ■ No

Prior Complaint Case Number, if any: 17-mj-02040-DPR

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Ami Miller

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
■ No

**Location Status**

Arrest Date:

■ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?**  ☐ Yes  ■ No
**Warrant Required?**  ☐ Yes  ■ No

**U.S.C. Citations**

Total # of Counts: 3 counts

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:2251.F SEXUAL EXPLOITATION OF CHILDREN | 1 |
| 2 | 18:2423.F COERCION OR ENTICEMENT OF MINOR | 2 |
| 3 | 18:2252A.F ACTIVITIES RELATING TO MATERIAL CONSTITUTING OR CONTAIN | 3 |
| 4 | | |

(May be continued on reverse)